_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                     CHAPTER 13 PROCEEDING
   CARLOS LAMONT ABRAM                                     20-50384 KMS
   147 Old River Rd South
   Columbia, MS  39429                                                                   SSN:  XXX-XX-5210

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   GEORGIA PACIFIC, HR DEPARTMENT
   1 W L Runnels Ind Dr.
   Hattiesburg, MS  39401

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net