**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Carlos Lamont Abram, Debtor                Case No. 20-50384-KMS
                                                     Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Carlos Lamont Abram _____           06-16-2025___
      Carlos Lamont Abram           Date

      /s/ Thomas C. Rollins, Jr._____           06-16-2025____
      Thomas C. Rollins, Jr., MS Bar No. 103469           Date
      Attorney for the Debtor
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

      On June 17, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                        /s/ Thomas C. Rollins, Jr._____
                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CARLOS LAMONT ABRAM | CASE NO: 20-50384<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-50384 |
|---|---|
| CARLOS LAMONT ABRAM | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/17/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  20-50384<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUN 17 9-54-31 PST 2025 | OAK GROVE CREDIT LLC<br>5266 OLD HIGHWAY 11 STE 130<br>HATTIESBURG  MS 39402-7820 | USAA FEDERAL SAVINGS BANK<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  P<br>10700 ABBOTTS BRIDGE ROAD  SUITE 170<br>DULUTH  GA 30097-8461 |
| VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO  IL 60606-6929 |
| CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO  IL 60604-2863 | CHECK INTO CASH<br>115 WALTER PAYTON DR<br>COLUMBIA  MS 39429-3738 | CHECK INTO CASH DBA CHECK INTO CASH OF<br>MISSISSIPPI<br>CHECK INTO CASH  INC<br>BANKRUPTCY DIVISION PO BOX 550<br>CLEVELAND  TN 37364-0550 |
| CHECK NOW<br>418 SUMRALL RD STE 1<br>COLUMBIA  MS 39429-9573 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | EZ CASH COW<br>919 HWY 98<br>COLUMBIA  MS 39429-3709 |
| FIRST SOUTHERN BANK<br>1075 HWY 98<br>COLUMBIA  MS 39429-3741 | (P)INSTANT CASH  INC<br>ATTN KARI RICHARDSON<br>PO BOX 71<br>COLUMBIA MS 39429-0071 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON  MS 39205-0352 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON  MS 39225-2808 |
| EXCLUDE<br>(D)OAK GROVE CREDIT  LLC<br>5266 OLD HIGHWAY 11 STE 130<br>HATTIESBURG  MS 39402-7820 | OPPORTUNITY FINANCIAL<br>130 EAST RANDOLPH ST<br>CHICAGO  IL 60601-6207 | OPPORTUNITY FINANCIAL  LLC<br>130 E RANDOLPH STREET<br>SUITE 3400<br>CHICAGO  IL 60601-6379 |
| ROSEN HARWOOD<br>PO BOX 2727<br>TUSCALOOSA  AL 35403-2727 | SANDRA ABRAM GREEN<br>924 ASKEW ST<br>COLUMBIA  MS 39429-2554 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| EXCLUDE<br>(D)USAA FEDERAL SAVINGS BANK<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA<br>10700 ABBOTTS BRIDGE ROAD  SUITE 170<br>DULUTH  GA 30097-8461 | USAA FEDERAL SAVINGS<br>10750 MCDERMOTT<br>SAN ANTONIO  TX 78288-1600 | USAA FEDERAL SAVINGS<br>POB 47504<br>SAN ANTONIO  TX 78265 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                           EXCLUDE                                    EXCLUDE
UNITED STATES TRUSTEE             (D)VANDERBILT MORTGAGE AND FINANCE   INC   (D)VANDERBILT MORTGAGE AND FINANCE   IN
501 EAST COURT STREET             PO BOX 9800                                PO BOX 9800
SUITE 6-430                       MARYVILLE   TN 37802-9800                  MARYVILLE   TN 37802-9800
JACKSON  MS 39201-5022



                                  DEBTOR                                     EXCLUDE
VANDERBUILT MORTGAGE              CARLOS LAMONT ABRAM                        (P)DAVID RAWLINGS
500 ALCOA TRL                     147 OLD RIVER RD SOUTH                     ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
MARYVILLE   TN 37804-5516         COLUMBIA   MS 39429-8338                   PO BOX 566
                                                                             HATTIESBURG MS 39403-0566



EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM   PLLC
PO BOX 13767
JACKSON   MS 39236-3767
```