United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-50384-KMS
CARLOS LAMONT ABRAM  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CARLOS LAMONT ABRAM, 147 Old River Rd South, Columbia, MS 39429-8338 |
| 4853795 | + | Check Now, 418 Sumrall Rd Ste 1, Columbia, MS 39429-9573 |
| 4853796 | + | EZ Cash Cow, 919 Hwy 98, Columbia, MS 39429-3709 |
| 4853797 | + | First Southern Bank, 1075 Hwy 98, Columbia, MS 39429-3741 |
| 4853803 | + | Oak Grove Credit, LLC, 5266 Old Highway 11 Ste 130, Hattiesburg, MS 39402-7820 |
| 4853806 | + | Sandra Abram Green, 924 Askew St, Columbia, MS 39429-2554 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4853793 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 14 2025 19:36:00 | Cash Net USA, 200 West Jackson Blvd, 14th Floor, Chicago, IL 60606-6929 |
| 4862345 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 14 2025 19:36:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4853794 | + | Email/Text: bkinfo@ccfi.com | Jul 14 2025 19:36:00 | Check Into Cash, 115 Walter Payton Dr, Columbia, MS 39429-3738 |
| 4872434 | + | Email/Text: bkinfo@ccfi.com | Jul 14 2025 19:36:00 | Check Into Cash d/b/a Check Into Cash of, Mississippi, Check Into Cash, Inc., Bankruptcy Division PO Box 550, Cleveland, TN 37364-0550 |
| 4853799 | | EDI: IRS.COM | Jul 14 2025 23:34:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4853798 | | Email/Text: kari@trcloans.com | Jul 14 2025 19:36:00 | Instant Cash, Inc., P.O. Box 71, Columbia, MS 39429 |
| 4853800 | + | Email/Text: ebone.woods@usdoj.gov | Jul 14 2025 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4853801 | | EDI: MSDOR | Jul 14 2025 23:34:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4853802 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jul 14 2025 19:36:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4862336 | | EDI: MSDOR | Jul 14 2025 23:34:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4853804 | + | Email/Text: opportunitynotices@gmail.com | Jul 14 2025 19:36:00 | Opportunity Financial, 130 East Randolph St, Chicago, IL 60601-6207 |
| 4889295 | + | Email/Text: opportunitynotices@gmail.com | Jul 14 2025 19:36:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 4853805 | + | Email/Text: bknotice@rosenharwood.com | Jul 14 2025 19:36:00 | Rosen Harwood, P.O. Box 2727, Tuscaloosa, AL |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2025 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4853807 | ^ | MEBN | Jul 14 2025 19:33:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4887715 | + | Email/Text: RASEBN@raslg.com | Jul 14 2025 19:36:00 | USAA FEDERAL SAVINGS BANK, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4853809 | + | EDI: USAA.COM | Jul 14 2025 23:34:00 | USAA Federal Savings, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 4853808 | | EDI: USAA.COM | Jul 14 2025 23:34:00 | USAA Federal Savings, Pob 47504, San Antonio, TX 78265 |
| 4868090 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jul 14 2025 19:36:00 | Vanderbilt Mortgage and Finance, Inc, P.O. BOX 9800, Maryville, TN 37802-9800 |
| 4853810 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jul 14 2025 19:36:00 | Vanderbuilt Mortgage, 500 Alcoa Trl, Maryville, TN 37804-5516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | OAK GROVE CREDIT LLC, 5266 OLD HIGHWAY 11 STE 130, HATTIESBURG, MS 39402-7820 |
| cr | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | *+ | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |
| 5057097 | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor CARLOS LAMONT ABRAM trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6        User: mssbad        Page 3 of 3
Date Rcvd: Jul 14, 2025        Form ID: 3180W        Total Noticed: 25

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **CARLOS LAMONT ABRAM** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5210 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:    20–50384–KMS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**CARLOS LAMONT ABRAM**

Dated: 7/14/25

**By the court:**    /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**